1066

[No. 33577-1-III.   Division Three.   February 7, 2017.]

*In the Matter of the Marriage of* GEOFF MERRITT, *Respondent*, and HEIDI MERRITT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-3-00202-5, M. Scott Wolfram, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33838-0-III.   Division Three.   February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RUIZ-SIBAJA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01312-3, Vic L. VanderSchoor, J., entered September 14, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 34312-0-III.   Division Three.   February 7, 2017.]

*In the Matter of the Parental Rights to* A.M.S.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 15-7-00109-3, M. Scott Wolfram, J., entered March 28, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 32925-9-III.   Division Three.   February 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DON ARTHUR MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 13-1-00126-6, Christopher E. Culp, J., entered September 25, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.